# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

**85 LIVINGSTON AVENUE**
**ROSELAND, NJ 07068-3702**
(973) 535-0500
FAX: (973) 535-9217

**OTHER OFFICES**

HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

1500 MARKET STREET
12TH FLOOR,
EAST TOWER
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

LIBERTY VIEW
457 HADDONFIELD
ROAD, SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732)449-0934

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*

PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III+
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*
CHRISTOPHER J. TUCCI+
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO

COUNSEL
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
WILLIAM D. DEVEAU*
MEGHAN BARRETT BURKE*
RUKHSANAH L. LIGHARI*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
 EKTA B. PATEL+
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MONICA SETH*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
DANIEL B. KESSLER

MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT+
JOANNA S. RICH*
PATRICK J. MURPHY, III
MEGHAN K. MUSSO
BRENDAN W. CARROLL*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER
NEIL V. SHAH*
STEPHEN R. TURANO*
TARA L. TOULOUMIS*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
BRIAN S. WOLFSON
SONYA B. COLE*
MARY F. HURLEY
DANIELLE M. NOVAK+
JAMES E. FIGLIOZZI-

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

May 11, 2012

**<u>Via ECF and FEDERAL EXPRESS</u>**

Honorable Ester Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Building and U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

> Re:  *Nautilus Neurosciences, Inc. et al. v. Wockhardt USA LLC et al.*
> <u>Civ. No. 2:11-1997 (ES/CLW); Civ. No. 2:11-4183 (ES/CLW);</u>
> <u>Civ. No. 2: 12-1243</u>

Dear Judge Salas:

This firm, along with Willkie Farr & Gallagher LLP, represents Plaintiffs Nautilus Neurosciences, Inc. and APR Applied Pharma Research SA (collectively, "Plaintiffs") in the above referenced matter. Enclosed is a courtesy copy of the parties' Joint Claim Construction and Prehearing Statement and the Certification of Service, both of which were electronically filed today.

We thank the Court for its consideration of the foregoing

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

LMW/pxm
Cc:  Hon. Cathy L. Waldor, U.S.M.J. (Via ECF and Federal Express)
     All Counsel of Record (Via ECF)