IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NAUTILUS NEUROSCIENCES, INC. and APR APPLIED PHARMA RESEARCH SA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EDICT PHARMACEUTICALS PVT. LTD.,<br><br>　　　　　Defendant. | Civil Action No.: 2:11-cv-04183-ES-CLW |
| NAUTILUS NEUROSCIENCES, INC. and APR APPLIED PHARMA RESEARCH SA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WOCKHARDT USA LLC, WOCKHARDT LTD., and EDICT PHARMACEUTICALS PVT. LTD.,<br><br>　　　　　Defendant. | Civil Action No.: 2:12-cv-01243-ES-CLW |

CLOSED

**JUDGMENT AND ORDER OF PERMANENT INJUNCTION**

This action for patent infringement having been brought by Plaintiffs and Counterclaim-Defendants Nautilus Neurosciences, Inc. ("Nautilus") and APR Applied Pharma Research NA, ("APR," and, together with Nautilus, "Plaintiffs") and Defendant and Counterclaim-Plaintiff Edict Pharmaceuticals Pvt. Ltd. ("Defendant") for infringement of United States Patent Nos. 6,974,595; 7,482,377; 7,759,394; and 8,097,651 (collectively, the "Patents");

Plaintiffs and Defendant have entered into a confidentialsettlement agreement and related confidential sublicense agreement under which Nautilus has granted Defendant a sublicense under the Patents, pursuant to the terms and conditions in the settlement agreement and sublicense agreement; and

Plaintiffs and Defendant have further agreed to the imposition of a Permanent Injunction, pursuant to which Defendant may not commercialize a generic version of Nautilus's branded Cambia® product before the date specified in the sublicense agreement.

Defendant acknowledges that the filing of an Abbreviated New Drug Application ("Defendant's ANDA") describing a 50 mg strength diclofenac potassium powder for oral solution product would infringe the claims of the Patents and, in the absence of the sublicense agreement, the selling, offering for sale, using and/or importing into the United States such a product ("Defendant's Product") would infringe each of the Patents. Plaintiffs and Defendant now consent to this Judgment and Order and
IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. All affirmative defenses, claims and counterclaims raised by Defendant in this action are dismissed with prejudice.

3. Defendant, its officers, agents, attorneys and employees and those acting in privity or concert with them are hereby enjoined and stopped during the term of the Patents from making, using, selling, offering for sale within the United States or importing into the United States the diclofenac potassium powder for oral solution, 50 mg product described in Defendant's ANDA No. 202964.

4. The foregoing injunction against Defendant shall take effect immediately upon entry of this Judgment and Order by the Court, and shall continue generally with respect to each of the Patents until the expiration of such Patent, unless (i) earlier terminated or modified by further order of this Court, (ii) a final judgment from which no appeal can be taken or is taken is entered by a United States court of competent jurisdiction, that all of the asserted and adjudicated claims of the Patents are unenforceable, or (iii) a final judgment from which no appeal can be or is taken is entered by a United States court of competent jurisdiction, that all of the asserted and adjudicated claims of the Patents are invalid.

5. Nothing in this Judgment shall affect or otherwise delay the effective date of approval of Defendant's ANDA No. 202964.

6. Nothing in this Judgment shall affect the "paragraph IV certifications" to the Patents in Defendant's ANDA No. 202964, which paragraph IV certifications Defendant shall be entitled to lawfully maintain pursuant to its sublicense to the Patents.

7. The parties waive all right to appeal from this Judgment and Order.

8. This Court shall retain jurisdiction of this action and over the parties for purposes of enforcement of the provisions of this Judgment and Order.

9. Each party is to bear its own costs and attorney's fees.

Dated: September 25, 2012

| | |
|---|---|
| *s/Arnold B. Calmann*<br>**SAIBER LLC**<br><br>Arnold B. Calmann<br>Jeffrey Soos<br>Katherine A. Escanlar<br>One Gateway Center, 10th Floor<br>Newark, New Jersey 07102-5311<br>Telephone: (973) 622-3333<br>Facsimile: (973) 289-2465<br><br>Richard J. Berman<br>Anthony W. Shaw<br>Crystal R. Canterbury<br>**ARENT FOX LLP**<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5339<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395<br><br>*Attorneys for Defendant/Counterclaimant Edict Pharmaceuticals Pvt. Ltd. (now known as Par-FPL Formulations Pvt. Ltd.)* | *s/Liza M. Walsh*<br>**CONNELL FOLEY LLP**<br><br>Liza M. Walsh<br>Rukhsanah L. Singh<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 535-0500<br>lwalsh@connellfoley.com<br>rsingh@connellfoley.com<br><br>Thomas J. Meloro<br>Michael W. Johnson<br>Ketan Pastakia<br>Melissa B. Berger<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>tmeloro@willkie.com<br>mjohnson1@willkie.com<br>kpastakia@willkie.com<br>mberger@willkie.com<br><br>*Attorneys for Plaintiffs Nautilus Neurosciences, Inc. and APR Applied Pharma Research SA* |

SO ORDERED:

_____
United States District Judge

Dated: 9/26/12